IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARCOS MONTEMAYOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 2:15-CV-00315 |
| KNIGHT OIL TOOLS, LLC | § § § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Came on this day Defendant's Unopposed Motion for Extension of Time to File its Answer or Other Responsive Pleading to Plaintiff's Collective Action Complaint. Having considered the Motion and finding it to be unopposed, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall file its answer or other responsive pleading on or before September 16, 2015.

SO ORDERED.

Signed this ____ day of 8/25/15, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

22201762.1